

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH P. RODGERS                    Case No. 1:08-cv-1300

versus                               JUDGE DEE D. DRELL

TARGET CORPORATION                   MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Target's motion for summary judgment be denied and the parties proceed with discovery in accordance with the plan of work.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of October, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE